JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EMIR GURLEK,

               Petitioner,

         v.

WARDEN, DESERT VIEW ANNEX, et al.,

               Respondents.

Case No. 5:26-cv-02363-DMK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted. Petitioner is to be released immediately from the custody of Immigration and Customs Enforcement on conditions no more restrictive than those in effect when he was most recently detained.

DATED: May 15, 2026

_____
HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE